# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEBORAH CLAIR THOMAS,
Appellant,

vs.

TIMOTHY WARD,
Respondent.

No. 82260



FILED

MAR 01 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order regarding a motion for order to show cause and awarding attorney fees. Eighth Judicial District Court, Clark County; Rhonda Kay Forsberg, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The challenged order regarding fees and costs does not appear to be substantively appealable. NRAP 3A(b)(8) permits an appeal from a special order after final judgment, which is an order that affects the rights of any party growing out of the final judgment. *Gumm v. Mainor*, 118 Nev. 912, 59 P.3d 1220 (2002). Here, the challenged order awards fees and costs related to appellant's filing of a motion for order to show cause, and does not affect the rights of the parties arising from the final judgment regarding custody. Thus, the order is not appealable as a special order after final judgment, and no other statute or court rule appears to authorize an appeal from this order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court

SUPREME COURT
OF
NEVADA

(O) 1947A

21-05918

"may only consider appeals authorized by statute or court rule"). This court lacks jurisdiction and

        ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:    Hon. Rhonda Kay Forsberg, District Judge
       Deborah Clair Thomas
       Timothy Ward
       Eighth District Court Clerk